No. 22-6233

---

# United States Court of Appeals
### FOR THE FOURTH CIRCUIT

---

**JOHNNIE R. SIMMONS, JR.**
Plaintiff-Appellant,

v.

**R. WHITAKER, ET AL.,**
Defendants-Appellees.

---

On Appeal from the United States District Court
for the Eastern District of Virginia

---

**JOINT APPENDIX: DIGITAL MEDIA VOLUME**

---

| | |
|---|---|
| Steven J. Alagna | Jeff W. Rosen |
| *Counsel of Record* | Lisa Ehrich |
| WASHINGTON UNIVERSITY SCHOOL OF | *Counsel of Record* |
| LAW APPELLATE CLINIC | PENDER & COWARD, P.C. |
| 1 Brookings Drive | 222 Central Park Avenue |
| MSC 1120-250-102 | Suite 400 |
| St. Louis, MO 63130 | Virginia Beach, VA 23462 |
| 314-935-4689 | 757-490-6253 |
| salagna@wustl.edu | jrosen@pendercoward.com |
| | lehrich@pendercoward.com |
| *Counsel for Appellant* | *Counsel for Appellees* |

# TABLE OF CONTENTS

Video Evidence (in .exe format) filed in the district court on November 13, 2023.[1]

# VIRUS-SCAN STATEMENT

Pursuant to the *Fourth Circuit Brief & Joint Appendix Requirements Guide*, I certify that the digital media submitted to this Court was confirmed virus-free through a virus scan.

/s/ Steven J. Alagna

---

[1] The district court "misplaced" the DVD containing the video evidence that defendants-appellees had submitted as an exhibit to their summary-judgment motions. J.A. 338. Accordingly, "to complete the record for the pending appeal," the district court ordered defendants-appellees' counsel to submit a copy of that video exhibit. J.A. 338. Because the copy of the video the district court viewed when deciding summary judgment is now unavailable, this digital media volume includes, and the briefing cites, the video file that defendants-appellees' counsel submitted to the district court on November 13, 2023, pursuant to that Order. J.A. 339.